UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff, <br><br> v. <br><br> DPI SPECIALTY FOODS INC., a Delaware corporation, <br><br> Defendant. | CASE NO. 2:25-cv-920-JNW <br><br> ORDER TO SHOW CAUSE |

The Court raises this matter of its own accord.

Plaintiff Northwest Administrators, Inc. sued DPI Specialty Foods Inc. on May 15, 2025. Northwest Administrators served DPI Specialty Foods with its complaint and summons on May 23, 2025, and the Clerk entered default against DPI Specialty Foods on July 14, 2025. Dkt. Nos. 4, 8. Since that time, Northwest Administrators has not moved for default judgment or taken any other action in this case. *See* Dkt.; *see also* Fed. R. Civ. P. 55(b) (describing two-step process for obtaining default judgment; LCR 55(b) (same).

ORDER TO SHOW CAUSE - 1

Accordingly, the Court ORDERS Northwest Administrators to move for default judgment or file a status report within 21 days of this order. Failure to timely file will result in dismissal of this action with prejudice. *See* Fed. R. Civ. P. 41(b); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) ("[The court has] inherent power *sua sponte* to dismiss a case for lack of prosecution").

Dated this 8th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2